NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HENRY W. MAYFIELD,**
*Petitioner,*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2013-3154

---

Petition for review of the Merit Systems Protection Board in No. DA0752120095-I-2.

---

## ON MOTION

---

Before PROST, O'MALLEY, and TARANTO, *Circuit Judges.*

PER CURIAM.

## O R D E R

Upon consideration of Henry W. Mayfield's motion for reconsideration of this court's March 27, 2014 order transferring his case to the United States District Court for the Northern District of Texas,

IT IS ORDERED THAT:

2                                        MAYFIELD v. USPS

The motion is denied.

                                    FOR THE COURT

                                    /s/ Daniel E. O'Toole
                                    Daniel E. O'Toole
                                    Clerk of Court


s19